IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | **8:17CR322** |
| Plaintiff, | | |
| vs. | | **ORDER** |
| VINCENT WILLIAM DECORA | | |
| Defendant. | | |

This matter is before the court on Defendant's [20] Unopposed Motion to Continue Trial. Although nearing completion, the investigation of the case by Defendant's counsel is on-going and additional time is sought for consultation between Defendant and counsel. For good cause shown,

**IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [20] is granted as follows:

1. The jury trial, now set for April 3, 2018, is continued to **May 29, 2018**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 29, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 29th day of March, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge